| AO 10 Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2009 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) HUG, JR., PROCTER R. | 2. Court or Organization Ninth Circuit Court of Appeals | 3. Date of Report 05/07/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Article III Judge, Senior | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2009 to 12/31/2009 |
| 7. Chambers or Office Address Bruce Thompson U.S. Courthouse 400 S. Virginia St., Suite 708 Reno, Nevada 89501 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2010 MAY 10 A 11: 22 FINANCIAL DISCLOSURE OFFICE

Hug Jr., Procter R.

| Name of Person Reporting | Date of Report |
|---|---|
| HUG, JR., PROCTER R. | 05/07/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUG, JR., PROCTER R. | 05/07/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[√] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[√] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUG, JR., PROCTER R. | 05/07/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Storey County Properties, Storey County, Nevada | G | Rent | M | W | | | | | |
| 2. West Coast Development, Tonopah, Nevada | D | Interest | L | W | | | | | |
| 3. Brooktree Partners, Reno, Nevada | D | Rent | K | U | | | | | |
| 4. Flowers Escrow Real Estate Mortgage | A | Interest | N | T | | | | | |
| 5. UBS M/M Fund | B | Interest | P1 | T | | | | | |
| 6. Wachovia M/M Fund | B | Interest | L | T | | | | | |
| 7. Wells Fargo M/M Fund | E | Interest | O | T | | | | | |
| 8. Morgan Stanley Dean Witter Liquid Asset | A | Interest | J | T | | | | | |
| 9. Anchor Bank, Madison, WI CD | B | Interest | | | Sold | 12/1/09 | L | A | |
| 10. Bank of America | A | Interest | M | T | | | | | |
| 11. Golman Sachs CD | B | Interest | | | Sold | 12/1/09 | L | A | |
| 12. Wells Fargo Bank | A | Interest | K | T | | | | | |
| 13. ALCOA, Inc. | A | Dividend | K | T | Buy | 7/24/09 | K | | |
| 14. Allstate Corp. | A | Dividend | J | T | Buy | 5/11/09 | J | | |
| 15. Barrick Gold Corp | A | Dividend | K | T | Buy | 3/31/09 | K | | |
| 16. Berkshire Hathoway, Inc. | | None | L | T | Buy (add'l) | 6/11/09 | L | | |
| 17. Costco Wholesale Corp. | A | Dividend | K | T | Buy | 3/31/09 | K | | |

1. Income Gain Codes:      A =$1,000 or less      B =$1,001 - $2,500      C =$2,501 - $5,000      D =$5,001 - $15,000      E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes      J =$15,000 or less      K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q - Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
   (See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HUG, JR., PROCTER R. | 05/07/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Calamos Invt. Tr. | A | Dividend | J | T | Buy | 3/31/09 | J | | |
| 19. Citigroup, Inc. | A | Dividend | K | T | Buy | 1/08/09 | K | | |
| 20. CNH Global NV | A | Dividend | J | T | Buy | 3/31/09 | J | | |
| 21. Conocophillips | A | Dividend | K | T | Buy | 4/01/09 | K | | |
| 22. Dell, Inc. | A | Dividend | K | T | Buy | 02/19/09 | K | | |
| 23. Du Pont De Nemours & Co. | A | Dividend | K | T | Buy | 4/01/09 | K | | |
| 24. Energy Conversion Devices, Inc. | A | Dividend | J | T | Buy | 4/01/09 | J | | |
| 25. General Electric Co. | A | Dividend | J | T | Buy | 3/31/09 | J | | |
| 26. IDACORP, Inc. | A | Dividend | J | T | Buy | 3/31/09 | J | | |
| 27. Hershey Company | A | Dividend | K | T | Buy | 11/25/09 | K | | |
| 28. Intel Corp. | A | Dividend | K | T | Buy | 3/31/09 | K | | |
| 29. Janus Fund | A | Interest | J | T | | | | | |
| 30. Janus Twentieth Century | A | Interest | J | T | | | | | |
| 31. Janus Venture | A | Interest | J | T | | | | | |
| 32. Kraft Foods, Inc. | A | Dividend | K | T | Buy | 04/01/09 | K | | |
| 33. Merck & Co., Inc. | A | Dividend | K | T | Buy | 04/01/09 | K | | |
| 34. Nuveen Multi-Strategy Income | A | Dividend | K | T | Buy | 7/24/09 | K | | |

1. Income Gain Codes:    A = $1,000 or less    B = $1,001 - $2,500    C = $2,501 - $5,000    D = $5,001 - $15,000    E = $15,001 - $50,000
(See Columns B1 and D4)    F = $50,001 - $100,000    G = $100,001 - $1,000,000    H1 = $1,000,001 - $5,000,000    H2 = More than $5,000,000
2. Value Codes    J = $15,000 or less    K = $15,001 - $50,000    L = $50,001 - $100,000    M = $100,001 - $250,000
(See Columns C1 and D3)    N = $250,001 - $500,000    O = $500,001 - $1,000,000    P1 = $1,000,001 - $5,000,000    P2 = $5,000,001 - $25,000,000
    P3 = $25,000,001 - $50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HUG, JR., PROCTER R. | 05/07/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Pall Corp. | A | Dividend | J | T | Buy | 3/31/09 | J | | |
| 36. Pepsico, Inc. | A | Dividend | J | T | Buy | 4/24/09 | J | | |
| 37. Pfizer, Inc. | A | Dividend | K | T | Buy | 7/28/09 | K | | |
| 38. Proshares Short S&P500 | A | Dividend | L | T | Buy | 10/21/09 | L | | |
| 39. Proshares Short QQQ | A | Dividend | K | T | Buy | 10/21/09 | K | | |
| 40. Royal Dutch Shell PLC | A | Dividend | J | T | Buy | 3/31/09 | J | | |
| 41. Safeway, Inc. | A | Dividend | K | T | Buy | 7/28/09 | K | | |
| 42. Smith & Nephew PLC | A | Dividend | K | T | Buy | 05/13/09 | K | | |
| 43. Charles Schwab Corp. | A | Dividend | K | T | Buy | 4/01/09 | K | | |
| 44. 3M Company | A | Dividend | J | T | Buy | 3/31/09 | J | | |
| 45. Unilever NV | A | Dividend | J | T | Buy | 4/01/09 | J | | |
| 46. United Parcel SVC, Inc. | A | Dividend | K | T | Buy | 9/04/09 | K | | |
| 47. United STS 12 Month Nat. | A | Dividend | K | T | Buy | 12/10/09 | K | | |
| 48. Wal-Mart Stores, Inc. | A | Dividend | K | T | Buy | 4/24/09 | K | | |
| 49. Wells Fargo Stock | A | Dividend | K | T | | | | | |

1. Income Gain Codes:    A = $1,000 or less    B = $1,001 - $2,500    C = $2,501 - $5,000    D = $5,001 - $15,000    E = $15,001 - $50,000
(See Columns B1 and D4)    F = $50,001 - $100,000    G = $100,001 - $1,000,000    H1 = $1,000,001 - $5,000,000    H2 = More than $5,000,000
2. Value Codes    J = $15,000 or less    K = $15,001 - $50,000    L = $50,001 - $100,000    M = $100,001 - $250,000
(See Columns C1 and D3)    N = $250,001 - $500,000    O = $500,001 - $1,000,000    P1 = $1,000,001 - $5,000,000    P2 = $5,000,001 - $25,000,000
   P3 = $25,000,001 - $50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HUG, JR., PROCTER R. | 05/07/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| HUG, JR., PROCTER R. | 05/07/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544